UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHERRY M. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-0505 |
| v. ) | Judge Haynes/Bryant |
| ) | |
| NOVARTIS PHARMACEUTICALS, et al., ) | |
| ) | |
| Defendants. ) | |

O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, August 1, 2011, at 9:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to August 1, 2011.

It is so **ORDERED.**

                                                *s/ John S. Bryant*
                                                JOHN S. BRYANT
                                                United States Magistrate Judge